UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA, )
    Plaintiff, )
)
vs. ) CIVIL ACTION
) NO.
FRANK DICATALDO, PH.D., et al., )
    Defendant's. )

05-10743

## PLAINTIFF'S MOTION TO WAIVE FILING FEES AND TO PROCEED IN FORMA PAUPERIS

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, respectfully requests this Court to waive the filing fee in this action and to allow her to proceed in forma pauperis. As grounds, plaintiff the following:

1) That she 1/ is currently civilly committed to the Mass. Treatment Center, under M.G.L. Ch.123A, §14(d), as amended by St.1999, c.74.

2) That since the plaintiff, as a civilly committed patient at the Mass. Treatment Center, is not a prisoner under the terms of the Prison Litigation Reform Act, see Perkins vs. Hedricks, 340 F.3d 582, 583 (8th Cir. 2003); Troville vs. Venz, 303 F.3d 1256, 1559-60 (11th Cir. 2002); Yoder vs. Patla, 234 F.3d 1275 (7th Cir. 2000); Page vs. Torrey, 201 F.3d 136, 1139-40 (9th Cir. 2000); King vs. Greenblatt, 53 F.Supp.2d 117, 138 (D.Mass. 1999), she is not subjected to the "fee paying requirement" under the PLRA.

3) As reflected by the attached Affidavit and Financial Statement, plaintiff is financially unable to afford the costs

AO 240 (Rev 9/96)

# UNITED STATES DISTRICT COURT

District of __Massachusetts__    ATTACHMENT 5

SANDY J. BATTISTA

    Plaintiff

V.

FRANK DICATALDO, PH.D., et al.,

    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Sandy J. Battista__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently ~~incarcerated?~~ Civilly Committed?   [X] Yes   [ ] No   (If "No," go to Part 2)
   If "Yes," state the place of your ~~incarceration~~ Commitment __Mass. Treatment Center__
   Are you employed at the institution? __No__   Do you receive any payment from the _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends    [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
   d. Disability or workers compensation payments    [ ] Yes    [X] No
   e. Gifts or inheritances    [ ] Yes    [X] No
   f. Any other sources    [ ] Yes    [X] No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date:  20050323 07:42

| Commit#: | M15930 | | MASS. TREATMENT CENTER | | Page: | 1 |
|---|---|---|---|---|---|---|
| Name: | BATTISTA, SANDY, J, | | Statement From | 20041001 | | |
| Inst: | MASS. TREATMENT CENTER | | To | 20050323 | | |
| Block: | C2 | | | | | |
| Cell/Bed: | 009 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period: | | $9,016.34 | $8,772.76 | $550.81 | $550.81 |
| 20041001 09:48 | EX - External Disbursement | 3447525 | 94685 | MTC | ~FHS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041004 14:04 | EX - External Disbursement | 3452395 | 94692 | MTC | ~EDWARD HAMILTON | $0.00 | $29.40 | $0.00 | $0.00 |
| 20041004 14:04 | MA - Maintenance and Administration | 3452396 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041006 23:02 | PY - Payroll | 3469068 | | MTC | ~20040919 To 20040925 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3478081 | | MTC | ~Canteen Date: 20041007 | $0.00 | $31.25 | $0.00 | $0.00 |
| 20041012 11:08 | IC - Transfer from Inmate to Club A/c | 3488744 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.13 | $0.00 | $0.00 |
| 20041012 11:08 | IC - Transfer from Inmate to Club A/c | 3488751 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3504192 | | MTC | | $0.52 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516277 | | MTC | ~20040926 To 20041002 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041014 22:30 | CN - Canteen | 3524675 | | MTC | ~Canteen Date: 20041014 | $0.00 | $16.91 | $0.00 | $0.00 |
| 20041019 14:32 | EX - External Disbursement | 3537931 | 95027 | MTC | ~FHS | $0.00 | $9.75 | $0.00 | $0.00 |
| 20041020 23:01 | PY - Payroll | 3548508 | | MTC | ~20041003 To 20041009 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3557031 | | MTC | ~Canteen Date: 20041021 | $0.00 | $29.10 | $0.00 | $0.00 |
| 20041027 23:02 | PY - Payroll | 3578424 | | MTC | ~20041010 To 20041016 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041028 22:30 | CN - Canteen | 3585370 | | MTC | ~Canteen Date: 20041028 | $0.00 | $10.89 | $0.00 | $0.00 |
| 20041103 23:01 | PY - Payroll | 3611300 | | MTC | ~20041017 To 20041023 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3620162 | | MTC | ~Canteen Date: 20041104 | $0.00 | $13.97 | $0.00 | $0.00 |
| 20041110 13:44 | IC - Transfer from Inmate to Club A/c | 3642829 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3649855 | | MTC | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20041110 23:03 | PY - Payroll | 3662102 | | MTC | ~20041024 To 20041030 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3667916 | | MTC | ~Canteen Date: 20041111 | $0.00 | $3.82 | $0.00 | $0.00 |
| 20041116 10:22 | EX - External Disbursement | 3682070 | 95712 | MTC | ~FHS | $0.00 | $14.25 | $0.00 | $0.00 |
| 20041116 10:22 | MA - Maintenance and Administration | 3682071 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041117 23:02 | PY - Payroll | 3691683 | | MTC | ~20041031 To 20041106 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041118 22:30 | CN - Canteen | 3700145 | | MTC | ~Canteen Date: 20041118 | $0.00 | $27.93 | $0.00 | $0.00 |
| 20041124 23:02 | PY - Payroll | 3725618 | | MTC | ~20041107 To 20041113 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041201 23:02 | PY - Payroll | 3751487 | | MTC | ~20041114 To 20041120 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041202 22:30 | CN - Canteen | 3759702 | | MTC | ~Canteen Date: 20041202 | $0.00 | $16.56 | $0.00 | $0.00 |
| 20041203 09:58 | EX - External Disbursement | 3763926 | 96096 | MTC | ~BLUE DOT~FHS | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041203 09:58 | MA - Maintenance and Administration | 3763927 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050323 07:42

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | M15930 | | MASS. TREATMENT CENTER | | Page : 2 |
| Name : | BATTISTA, SANDY, J, | | Statement From | 20041001 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050323 | |
| Block : | C2 | | | | |
| Cell/Bed : | 009 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041203 14:28 | IC - Transfer from Inmate to Club A/c | 3765072 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $65.62 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3782915 | | MTC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20041208 23:02 | PY - Payroll | 3802169 | | MTC | ~20041121 To 20041127 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041209 09:22 | ML - Mail | 3808343 | | STH | ~ALLAN GREEN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041209 09:22 | TI - Transfer from Institution | 3808345 | | MTC | ~Associate Receipt Number is 3808343 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041209 09:22 | TI - Transfer from Institution | 3808344 | | STH | ~Associate Receipt Number is 3808343 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041215 23:03 | PY - Payroll | 3836734 | | MTC | ~20041128 To 20041204 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3845456 | | MTC | ~Canteen Date : 20041216 | $0.00 | $31.10 | $0.00 | $0.00 |
| 20041222 23:02 | PY - Payroll | 3873546 | | MTC | ~20041205 To 20041211 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20041224 11:50 | EX - External Disbursement | 3886561 | 96564 | MTC | ~FHS | $0.00 | $4.50 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3900835 | | MTC | ~Canteen Date : 20041229 | $0.00 | $19.68 | $0.00 | $0.00 |
| 20041229 23:02 | PY - Payroll | 3906689 | | MTC | ~20041212 To 20041218 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050105 23:02 | PY - Payroll | 3937093 | | MTC | ~20041219 To 20041225 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050112 09:05 | EX - External Disbursement | 3964495 | 97038 | MTC | ~FHS | $0.00 | $5.25 | $0.00 | $0.00 |
| 20050112 09:05 | MA - Maintenance and Administration | 3964496 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050112 23:03 | PY - Payroll | 3970460 | | MTC | ~20041226 To 20050101 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983964 | | MTC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20050119 23:03 | PY - Payroll | 4014539 | | MTC | ~20050102 To 20050108 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4023284 | | MTC | ~Canteen Date : 20050120 | $0.00 | $16.43 | $0.00 | $0.00 |
| 20050126 23:02 | PY - Payroll | 4043707 | | MTC | ~20050109 To 20050115 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056778 | | MTC | ~Canteen Date : 20050128 | $0.00 | $1.82 | $0.00 | $0.00 |
| 20050202 23:03 | PY - Payroll | 4076668 | | MTC | ~20050116 To 20050122 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4113028 | | MTC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050209 23:04 | PY - Payroll | 4126838 | | MTC | ~20050123 To 20050129 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4136074 | | MTC | ~Canteen Date : 20050210 | $0.00 | $17.68 | $0.00 | $0.00 |
| 20050216 23:03 | PY - Payroll | 4159486 | | MTC | ~20050130 To 20050205 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4169340 | | MTC | ~Canteen Date : 20050217 | $0.00 | $13.04 | $0.00 | $0.00 |
| 20050222 09:42 | CI - Transfer from Club to Inmate A/c | 4177091 | | MTC | ~PROPERTY CREDIT FOR RETURNED FOOTWEAR~M15930 BATTISTA,SANDY J PERSONAL~KCN WASH ACCOUNT - Z5 | $48.95 | $0.00 | $0.00 | $0.00 |
| 20050309 09:58 | EX - External Disbursement | 4249257 | 98311 | MTC | ~FHS | $0.00 | $5.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date:  20050323 07:42

| | | | | | | Page: 3 |
|---|---|---|---|---|---|---|
| Commit# : | M15930 | | | MASS. TREATMENT CENTER | | |
| Name : | BATTISTA, SANDY, J, | | | Statement From | 20041001 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050323 | |
| Block : | C2 | | | | | |
| Cell/Bed : | 009 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050309 09:58 | MA - Maintenance and Administration | 4249258 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4263199 | | MTC | ~Canteen Date : 20050310 | $0.00 | $29.87 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284090 | | MTC | | $0.06 | $0.00 | $0.00 | $0.00 |
| | | | | | | $237.22 | $466.87 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $13.93 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $13.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |