UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY J. BATTISTA,<br>　　Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No. 05-10743-RWZ<br>) |
| FRANK DICATALDO, PH.D., ET AL.,<br>　　Defendants. | )<br>) |

ORDER FOR SEALING DOCUMENT

It is hereby ORDERED that the Community Access Board Annual Review report attached as an Exhibit to Plaintiff's Complaint shall be sealed to all non-parties pending further Order of this Court.

The clerk shall correct the docket accordingly.

　　　　　　　　　　　　　　　　　　　　　/s/ Rya W. Zobel
　　　　　　　　　　　　　　　　　　　　　RYA W. ZOBEL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: April 21, 2005