UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY BATTISTA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FRANK DICATALDO, ET AL., )<br>    Defendants ) | C.A. No. 05-10743-RWZ |

ORDER OF DISMISSAL

In accordance with this Court's order dated July 8, 2005, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

SARAH ALLISON THORNTON,
CLERK OF COURT

Date: 7/8/05                                                                  By: s/ Barbara Morse
                                                                                             Deputy Clerk